William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JOEL CERVANTES,<br><br>　　　　　　　Defendant. | 4:20-CR-6029-SAB-5<br><br>Motion For Order For Writ Of Habeas Corpus Ad Prosequendum |

　　　Plaintiff, United States of America, by and through the United States Attorney, represents and shows:

　　　That there is now detained in the custody of the Jail Commander, Benton County Corrections Department, 7122 W Okanogan Place Kennewick, WA 99336, JOEL CERVANTES, Defendant, in the above-entitled case, which will be set arraignment on December 15, 2020, at 2:30 p.m. or sooner, and that it is necessary to have said Defendant present in the courtroom of the Honorable Judge Dimke, Magistrate Judge of the United States District, in the United States Courthouse, 825 Jadwin Avenue, Richland, WA, and in order to secure the presence of said Defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Jail Commander to produce said Defendant in said Court on said date and at such other dates as may be necessary in order to procure his presence for arraignment, and all other proceedings incident thereto.

Motion For Order For Writ Of Habeas Corpus Ad Prosequendum - 1

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum pursuant to 28 U.S.C. § 2241(c)(5) out of and under the seal of this Court, directed to said Jail Commander, commanding him to have and produce the above-named Defendant in said United States District Court at said time, and then and there to present said Defendant before the Court and from day to day thereafter as may be necessary, and at the termination of the proceedings against said Defendant to return him to the custody of the said Jail Commander.

Dated: December 10, 2020.

William D. Hyslop
United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Motion For Order For Writ Of Habeas Corpus Ad Prosequendum - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robin Collet Emmans: robin.emmans@secondstreetlaw.com

                                       *s/ Stephanie Van Marter*
                                       Stephanie Van Marter
                                       Assistant United States Attorney

Motion For Order For Writ Of Habeas Corpus Ad Prosequendum - 3